AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.

Eduardo Alvarado-Hernandez

*Defendant(s)*

Case No. 6:17-mj-1126

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 15, 2017 in the county of Orange in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. § 1326 (a) | Illegal Re-Entry After Deportation. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Hervey E. Colon, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/16/17

[signature]
*Judge's signature*

City and state: Orlando, Florida

Karla R. Spaulding, United States Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**

**CASE NO. 6:17-mj- 1126**

**COUNTY OF ORANGE**

**AFFIDAVIT IN SUPPORT OF THE**
**ISSUANCE OF A CRIMINAL COMPLAINT**

I, Hervey E. Colon, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service, and have been so employed since September 22, 2002. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 19, 21 and 18 of the United States Code. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

2. The information set forth in this affidavit is based on my investigation and information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On Wednesday, February 15, 2017, Border Patrol agents encountered **Eduardo ALVARADO-Hernandez**, (DOB xx/xx/1992; Alien File Number, A xxx 293 xx8; FBI: 24******3), during a vehicle stop in Orange County, in the Middle District of Florida.

4. Upon arriving at the Orlando Station, agents conducted records checks on **ALVARADO-Hernandez** through immigration databases. A set of rolled fingerprints were then taken and submitted through the Integrated Automated Fingerprint Identification System ("IAFIS"). IAFIS showed a positive hit to the name of **ALVARADO-Hernandez** and FBI number 244******3.

5. A review of various criminal and immigration databases revealed that **ALVARADO-Hernandez** has an alien file (A xxx 293 xx8); he was born on xx/xx/1992 in Mexico, he is a citizen of Mexico, and he is not a citizen of the United States. On April 9, 2012, **ALVARADO-Hernandez** pled guilty and was convicted in the U.S. District Court for the Western District of Texas for violating 8 U.S.C. § 1325, and he was sentenced to 10 days of imprisonment. He was ordered removed from the United States and was physically removed thereafter on April 14, 2012. **ALVARADO-Hernandez's** order of removal was reinstated on April 15, 2016, and he was removed on that date from Laredo, Texas, to Mexico. Furthermore, there is no record of **ALVARADO-Hernandez** ever applying to the Attorney General of the United States and/or the U.S. Secretary of the Department

of Homeland Security for permission to re-enter the United States after being removed/deported from the United States in 2012.

6. On February 15, 2017, I interviewed **ALVARADO-Hernandez**, who admitted that he was a native and citizen of Mexico, that he had been previously deported, and that he did not have any status in the United States.

7. Based on the foregoing, I believe that there is probable cause to believe that **ALVARADO-Hernandez** was found to be in the United States voluntarily after being previously removed or deported, in violation of Title 8, United States Code, Section 1326(a). Therefore, I respectfully request that the Court issue the attached criminal complaint charging **ALVARADO-Hernandez** with the aforementioned federal offense.

This concludes my Affidavit.

Hervey E Colon
Border Patrol Agent
United States Border Patrol

Subscribed and sworn to before me on
this 16 day of February, 2017

The Honorable Karla R. Spaulding
United States Magistrate Judge